Daniel J. Lyons, Respondent, v. Jacques Suzanne, Sued Herein as John Suzanne. Appellant. — Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

John F. Monnot, and Others, by Louise E. Monnot, Their Guardian, Respondent, v. Joseph Husson, Appellant. — Motion granted, without costs, and motion set down for argument November 13, 1911. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Dominick Pace and James A. Monaghan, etc., Respondents, v. Frank C. Strick & Co., Ltd., Appellant. — Motion denied, without costs. Present Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

James Garfield Purdy, Respondent, v. Thomas J. Blain, Appellant. — Motion granted, without costs, and case set down for argument November 13, 1911. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Dora Rieckenberg, Plaintiff, v. Charles Rieckenberg, Defendant. — Motion for stay granted, without costs. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ. Order to be settled before Mr. Justice Carr.

Percival G. Ullman, Jr., Respondent, v. Edna N. Ullman, Appellant. — Order signed. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Karl Anderson, Appellant, v. O'Rourke Engineering Construction Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Oliver M. Arkenburgh, Respondent, v. Peter Aronson, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Thomas Bratton, Respondent, v. Henry Steers, Incorporated, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Brewster & Company, Appellant, v. The Long Island Railroad Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Andrew Caputo, an Infant, by Vincenzo Caputo, His Guardian ad Litem, Respondent, v. Kosmos Engineering Company and The City of New York, Appellants. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas and Carr, JJ., concurred; Burr, J., dissented.

John W. Clifford, Respondent, v. William C. Bolton, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Agostino Del Vecchio, Appellant, v. Nassau Electric Railroad Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.